FILED
CLERK, U.S. DISTRICT COURT
FEB 29 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASON A. JONES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>R.A. HOREL, Warden,<br><br>　　　　　Respondent. | Case No. CV 05-5136-PA (JTL)<br><br>**J U D G M E N T** |

　　　In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

　　　IT IS HEREBY ADJUDGED that the Second Amended Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.

DATED: 2/27/08

　　　　　　　　　　　　　　　　　　　　　　／s／ Percy Anderson
　　　　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE